UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KOKOUVI ATCHADE,

              Plaintiff,

    - against -

740 ROAST CORP., ET AL.,

              Defendants.

---

20-cv-6182 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED

11/20/2020

JOHN G. KOELTL, District Judge:

    The plaintiff should file an Order to Show Cause for a default judgment by December 1, 2020.

SO ORDERED.

Dated:    New York, New York
            November 19, 2020

                                          John G. Koeltl
                                     United States District Judge