UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
KOKOUVI ATCHADE,                                             :    No. 20-cv-06182 (JGK)(BCM)
                                                             :
              *Plaintiff,*               :    **ORDER TO SHOW CAUSE FOR**
  - against –                                              :    **DEFAULT JUDGMENT**
                                                             :
740 ROAST CORP.; 423 ROAST CORP.;                            :
ALEXANDER PETER XENOPOULOS; and PAX                          :
VENTURES, LLC,                                               :
              *Defendants.*             :
------------------------------------------------------------ x

      Upon the Declaration of Mohammed Gangat, Esq., sworn to on December 1, 2020, the Affidavit of Plaintiff Kokouvi Atchade, sworn to on December 1, 2020 and the exhibits annexed thereto, and upon all prior papers and proceedings heretofore had herein, it is hereby:

      **ORDERED**, that the above-named defendants 740 ROAST CORP., 423 ROAST CORP., and ALEXANDER PETER XENOPOULOS (collectively, the "Defendants"), shall respond in writing to this Order to Show Cause for a default judgment by January 8, 2021. If the Defendants fail to respond by that date, judgment may be entered against them and the Defendants will have no trial. The Plaintiff may reply by January 13, 2021. The Plaintiff shall serve a copy of this Order to Show Cause by December 17, 2020 and shall file proof of service by December 18, 2020. No personal appearances are required in connection with this Order to Show Cause.

SO ORDERED:

Dated: New York, New York
       December 15, 2020, 2020                        /s/ John G. Koeltl
                                                                                                            Hon. John G. Koeltl, USDJ