```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
KOKOUVI ATCHADE,
                                                20-cv-6182 (JGK)
                    Plaintiff,
                                                ORDER
         - against -

740 ROAST CORP., ET AL.,

                    Defendants.
_____
```

**JOHN G. KOELTL, District Judge:**

The parties should submit a Rule 26(f) Report by April 23, 2021.

**SO ORDERED.**

**Dated:** New York, New York
April 13, 2021

                                                                        /s/ John G. Koeltl
                                                                           John G. Koeltl
                                                            United States District Judge