

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOKOUVI ATCHADE,

        Plaintiff,

-against-

740 ROAST CORP., et al.,

        Defendants.

20-CV-6182 (JGK) (BCM)

**ORDER REGARDING RULE 37.2 CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    By order dated October 21, 2021 (Dkt. No. 48), the Court scheduled a discovery conference for November 3, 2021, regarding the issues raised in plaintiff's letter-motion dated October 18, 2021 (Dkt. No. 46). In their responding letter dated October 22, 2021 (Dkt. No. 49), defendants failed to address the substance of the dispute. Instead, they requested that the conference be adjourned indefinitely and that the parties instead be directed to submit a status letter in two weeks. In his reply letter dated October 26, 2021 (Dkt. No. 50), plaintiff proposed a different arrangement: that defendant be granted "an additional 14 days to file a substantive opposition to the pre-motion letter; [that] the November 3, 2021 discovery conference [be] adjourned to a date after the Defendants file their opposition and Plaintiff files a reply"; and that the Court revise various deadlines set forth in the Civil Scheduling Order (Dkt. No 45) by sixty days. Neither plaintiff nor defendants complied with this Court's Individual Practices applicable to adjournment or extension requests. *See* Moses Ind. Prac. § 2(a).

    The conference will proceed as scheduled on November 3, 2021. The parties should be prepared to discuss the issues raised in plaintiff's October 18 letter-motion and any necessary schedule modifications going forward. As the parties are aware, it is the Court's practice to decide discovery disputes at the Rule 37.2 conference.

Dated: New York, New York
       October 29, 2021

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**