UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



KOKOUVI ATCHADE,

          Plaintiff,

-against-

740 ROAST CORP., et al.,

          Defendants.

20-CV-6182 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at today's conference, it is hereby ORDERED that, no later than **November 24, 2021**, defendants shall: (a) produce additional documents as agreed by the parties or (where the parties could not agree) as directed by the Court on the record during the conference; (b) serve amended or supplemental interrogatory responses as agreed by the parties or (where the parties could not agree) as directed by the Court on the record during the conference; and (c) if documents or information are withheld as privileged, serve a privilege log in accordance with Local Civ. R. 26.2.

It is further ORDERED that the deadlines set forth in the Civil Scheduling Order dated April 26, 2021 (Dkt. No. 45) are EXTENDED as follows:

1. Fact depositions shall be completed no later than **January 14, 2022**.

2. All fact discovery shall be completed no later than **February 18, 2022**. The parties have confirmed that they do not anticipate expert discovery.

3. Preconference letters with respect to summary judgment motions, if any, shall be filed no later than **March 18, 2022**. Preconference letters and summary judgment papers must conform to the individual practices of the district judge.

4. The parties shall file their proposed joint pretrial order, together with (i) any motions *in limine*; (ii) in jury cases, requests to charge and proposed voir dire; (iii) in nonjury cases, proposed findings of fact and conclusions of law; and (iv) in any case where a party believes it would be useful, a pretrial memorandum, no later than **April 22, 2022**. The proposed joint pretrial order and accompanying materials shall conform to the individual practices of the district judge. In the event that either party files a summary judgment motion, the proposed joint pretrial order and

accompanying materials shall be filed no later than **30 days after the district judge rules on the summary judgment motion(s)**.

5. The Court will hold a status conference on **January 24, 2022, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than January 17, 2022, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery or scheduling controversies exist at that time, or if public health conditions make it unwise for one or more participants to attend an in-person conference, a party may request by letter-motion that the conference be held telephonically.

6. The parties need not wait until the status conference to request a referral to a Court-annexed mediator or a judicially supervised settlement conference. If the parties believe such a proceeding would be productive, they may so request by letter-application.

Dated: New York, New York
       November 3, 2021                         SO ORDERED.

                                                _____
                                                **BARBARA MOSES**
                                                **United States Magistrate Judge**