UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

KOKOUVI ATCHADE,

                Plaintiff.

- against -

740 ROAST CORP., ET AL.,

                Defendants.
---

20-cv-6182 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a proposed settlement agreement by February 4, 2022, along with an explanation as to why the proposed settlement is fair and reasonable. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

SO ORDERED.

Dated:    New York, New York
            January 5, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                United States District Judge